# Richmond

ALFRED AUSTIN GOODRICH v. COMMONWEALTH OF VIRGINIA.

December 3, 1969.

Record No. 7296.

Present, All the Justices.

*James D. Davis* (*McCaul, Grigsby and Pearsall,* on brief), for petitioner.

*W. Luke Witt, Assistant Attorney General* (*Robert Y. Button, Attorney General; Reno S. Harp, III, Assistant Attorney General,* on brief), for respondent.

Per Curiam.

The object of this proceeding is to prohibit the Circuit Court of Arlington County from trying the petitioner for a criminal offense. Aside from the fact that the Commonwealth rather than the judges of that court has been made the defendant, we cannot properly issue a writ of prohibition because no criminal proceeding is pending against the petitioner in the Circuit Court of Arlington County. Therefore, we do not reach the merits.

*Writ denied.*